IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
NOV 1 6 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| N.G. B/N/F § | |
| KEVIN GABLE, § | |
| and KEVIN GABLE, § | |
| in his individual capacity § | |
| *Plaintiffs*, § | |
| § | |
| v. § | CA NO. 6:16-Cv-00038 |
| § | |
| KILLEEN INDEPENDENT § | |
| SCHOOL DISTRICT § | |
| *Defendant* § | |

## ORDER ON MOTION TO APPROVE SETTLEMENT AGREEMENT

THIS MATTER came before the Court following settlement and the Court having conducted a hearing concerning the settlement.

THE COURT has heard from counsel and considered the terms of the Settlement Agreement, the pertinent portions of the record, and is otherwise fully advised.

The Court has reviewed the terms of the Settlement Agreement including the amount to be received by the plaintiff, the ad litem fees, and the attorney's fees and costs to be received by counsel(s) and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes.

Accordingly, it is ORDERED AND ADJUDGED that the parties' Settlement Agreement (including attorney's fees and costs) is hereby APPROVED as follows:

The Defendant pay $225,000 to the Cirkiel & Associates, P.C. IOLTA Account, within 25 days of this Order, to be held in trust and distributed as follows.

That $90,000 be put into the Registry of the Court until such time she reaches majority.

That costs be reimbursed to Counsel in the amount of $9,346.94, which is reasonable,

customary and necessary in such litigation.

That Expert fees in the amount of $7,750, filing and service charges in the amount of $465.00 and Ad Litem fees in the amount of $3,000, will be borne by N.G.'s portion.

That the remaining costs in the amount of $ $1,131.94 will be borne by Mr. Gable.

Of the remaining $14,451.67 due N.G., it be given to her Father, Kevin Gable In Trust for her immediate use.

That Mr. Gable receive a check for $22,201.06, accounting for his portion of the costs noted above, as well as advance provided to the Carlson Law Firm in the amount of $10,000, to be repaid to them for such outlay.

That the attorneys receive $75,000 in legal fees, which is reasonable, customary and necessary in such litigation.

The Court retains jurisdiction ~~until~~ to enforce the terms ~~of the~~ settlement.

Signed on this date: Nov. 16, 2017

~~ROBERT PITMAN~~
UNITED STATES ~~DISTRICT~~ JUDGE